THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOVETT JAMES CHAMBERS,<br><br>Plaintiff,<br><br>v.<br><br>CLOYD STEIGER and JASON KASNER,<br><br>Defendants. | CASE NO. C14-1678-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 32), Plaintiff's objections thereto (Dkt. No. 33), and Defendants' Response (Dkt. No. 34). This Court held oral argument on January 19, 2016.

As the Court ruled at oral argument, the Court declines to adopt the Report and Recommendation and Defendant's motion for summary judgment is DENIED. This matter is set for a jury trial on Tuesday, July 5, 2016 at 9:30 a.m.  A proposed pretrial order is due on or before Monday, June 20, 2016. Trial briefs, proposed voir dire, and proposed jury instructions are due on or before Monday, June 27, 2016. The parties are expected to comply with Local Civil Rule 51 in the preparation of proposed jury instructions.

DATED this 20th day of January 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk